The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NETWORK APPS, LLC, a Washington limited liability corporation,<br><br>                    Plaintiff,<br><br>        v.<br><br>AT&T INC., a Delaware corporation; AT&T CORP., a New York corporation; AT&T MOBILITY, LLC, a Delaware limited liability company; AT&T SERVICES, INC., a Delaware corporation,<br><br>                    Defendants. | No. 2:16-cv-01852-TSZ<br><br>**[PROPOSED ORDER] GRANTING STIPULATED MOTION TO DISMISS DEFENDANT AT&T INC. WITHOUT PREJUDICE**<br><br>Noting Date:  January 12, 2017 |

THIS MATTER comes before the Court on the Stipulated Motion to Dismiss Defendant AT&T Inc. without Prejudice.  Having reviewed the stipulation filed by the parties, and being fully advised, the Court hereby GRANTS the Stipulated Motion, as follows:

   1.   Defendant AT&T Inc. is hereby DISMISSED without prejudice; and

   2.   This dismissal is subject to the terms set forth in the Stipulated Motion filed by the parties.

1   IT IS SO ORDERED.

2

3   DATED this ___ day of _____, 2017.

4

5
    _____
6   THE HONORABLE THOMAS S. ZILLY
    UNITED STATES DISTRICT JUDGE

7

8   *Presented by:*

9   Scott T. Wilsdon, WSBA No. 20608
    YARMUTH WILSDON PLLC
10  1420 Fifth Avenue, Suite 1400
    Seattle, Washington 98101
11  Telephone:  206-516-3800
    Email: wilsdon@yarmuth.com
12

13  Blair M. Jacobs (*pro hac vice* pending)
    blairjacobs@paulhastings.com
14  PAUL HASTINGS LLP
    600 13th Street NW
15  Washington, DC 20005
    Telephone:  202-756-8000
16
    Christopher W. Kennerly (*pro hac vice* pending)
17  chriskennerly@paulhastings.com
    Lindsay M. White (*pro hac vice* pending)
18  lindsaywhite@paulhastings.com
    PAUL HASTINGS LLP
19  1117 S. California Avenue
    Palo Alto, California 94304
20  Telephone:  650-320-1800

21  *Counsel for Defendants AT&T Corp., AT&T Mobility, LLC and AT&T Services, Inc.*
22

23

24

25

26

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANT AT&T INC.
NO. 2:16-cv-01852-TSZ – Page 2

YARMUTH WILSDON PLLC
1420 FIFTH AVENUE, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record who receives CM/ECF notification.

DATED: January 12, 2017, at Seattle, Washington.

 *s/Kelly M. Kennedy*
Kelly M. Kennedy, Legal Assistant

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANT AT&T INC.
NO. 2:16-cv-01852-TSZ – Page 3

YARMUTH WILSDON PLLC
1420 FIFTH AVENUE, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

(1000.01) ra110402 1/12/17