The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NETWORK APPS, LLC, a Washington limited liability corporation,<br><br>                   Plaintiff,<br><br>   v.<br><br>AT&T INC., a Delaware corporation; AT&T CORP., a New York corporation; AT&T MOBILITY, LLC, a Delaware limited liability company; AT&T SERVICES, INC., a Delaware corporation,<br><br>                  Defendants. | No. 2:16-cv-01852-TSZ<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND CERTAIN DEADLINES** |

THIS MATTER comes before the Court on the Stipulated Motion to Extend Certain Deadlines. Having reviewed the stipulation filed by the parties, and being fully advised, the Court hereby GRANTS the Stipulated Motion, as follows:

1. The deadline for Defendants to answer or otherwise plead in response to the Complaint is EXTENDED to March 13, 2017; and

2. The deadlines in the December 13, 2016 Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement, Dkt. No. 4, are EXTENDED as follows:

ORDER GRANTING STIPULATED MOTION TO
EXTEND CERTAIN DEADLINES
NO. 2:16-cv-01852-TSZ – Page 1

YARMUTH WILSDON PLLC
1420 FIFTH AVENUE, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800  F 206.516.3888

|   |   |   |   |
|---|---|---|---|
| a. | Deadline for FRCP 26(f) Conference: | | March 30, 2017 |
| b. | Initial Disclosures Pursuant to FRCP 26(a)(1): | | April 13, 2017 |
| c. | Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | | April 13, 2017 |

IT IS SO ORDERED.

DATED this 12th day of January, 2017.

*[signature]*

Thomas S. Zilly
United States District Judge

*Presented by:*

Scott T. Wilsdon, WSBA No. 20608
YARMUTH WILSDON PLLC
1420 Fifth Avenue, Suite 1400
Seattle, Washington 98101
Telephone: 206-516-3800
Email: wilsdon@yarmuth.com

Blair M. Jacobs (*pro hac vice* pending)
blairjacobs@paulhastings.com
PAUL HASTINGS LLP
600 13th Street NW
Washington, DC 20005
Telephone: 202-756-8000

Christopher W. Kennerly (*pro hac vice* pending)
chriskennerly@paulhastings.com
Lindsay M. White (*pro hac vice* pending)
lindsaywhite@paulhastings.com
PAUL HASTINGS LLP
1117 S. California Avenue
Palo Alto, California 94304
Telephone: 650-320-1800

*Counsel for Defendants AT&T Corp., AT&T Mobility, LLC and AT&T Services, Inc.*

ORDER GRANTING STIPULATED MOTION TO
EXTEND CERTAIN DEADLINES
NO. 2:16-cv-01852-TSZ – Page 2

YARMUTH WILSDON PLLC
1420 FIFTH AVENUE, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888