UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NETWORK APPS, LLC,

         Plaintiff,

   v.

AT&T INC., et al.,

         Defendants.

C16-1852 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    The parties' Stipulated Motion to Strike the Complaint and Exhibit A of the Complaint, docket no. 21, is GRANTED in part and DENIED in part as follows.  The Clerk is DIRECTED to seal the Complaint, docket no. 1, and Exhibit 1 to the Complaint, docket no. 1-1.  On or before March 20, 2017, plaintiff shall file a Redacted Complaint redacting the confidential portions of paragraphs 19, 38, and 39.  Plaintiff shall file Exhibits B, C, D, and E to the Complaint as attachments to the Redacted Complaint so that they are publicly available on the docket.

    (2)    The parties' Stipulated Motion to Seal, docket no. 27, is GRANTED.  The unredacted versions of defendants' motion to dismiss or alternatively to transfer and Exhibits A and B in support thereof, docket no. 29, shall remain under seal.

    (3)    The parties' Stipulated Motion to Stay, docket no. 30, is GRANTED as follows.  The parties need not engage in discovery, including initial disclosures, until the Court has ruled on defendants' motion to dismiss or alternatively to transfer, docket no. 25.  The Court CONTINUES the following dates and deadlines:

MINUTE ORDER - 1

| | |
|---|---|
| Conference pursuant to Fed. R. Civ. P. 26(f) | June 15, 2017 |
| Initial Disclosures pursuant to Fed. R. Civ. P. 26(a) | June 29, 2017 |
| Combined Joint Status Report and Discovery Plan | June 29, 2017 |

(4)   The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 17th day of March, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2